

1  ELIZABETH DAY (Bar No. 177125)
   elizabeth.day@dlapiper.com
2  RANDALL E. KAY (Bar No. 149369)
   randy.kay@dlapiper.com
3  JAKE M. ZOLOTOREV (Bar No. 224260)
   yakov.zolotorev@dlapiper.com
4  MARC BELLOLI (Bar No. 244290)
   marc.belloli@dlapiper.com
5
   DLA PIPER LLP (US)
6  2000 University Avenue
   East Palo Alto, CA 94303-2214
7  Tel: 650.833.2000
   Fax: 650.833.2001
8
   Attorneys for Defendant
9  NORDICNEUROLAB AS, a Norwegian
   corporation
10

   JS-6

11              UNITED STATES DISTRICT COURT
12              CENTRAL DISTRICT OF CALIFORNIA
13

| RESONANCE TECHNOLOGY, INC., | CASE NO. CV 08-06772 PSG (PLAx) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |
| v. | Judge: Hon. Philip S. Gutierrez |
| NORDICNEUROLAB AS, a Norwegian corporation | Discovery Cut-Off: November 16, 2009<br>Pretrial Conference: February 1, 2010<br>Trial: February 16, 2010 |
| Defendant. | |

1 | Having read and considered Plaintiff and Defendant's Stipulation of
2 | Dismissal With Prejudice and good cause appearing, the Court hereby dismisses
3 | with prejudice all pending claims and counterclaims in *Resonance Technology, Inc.*
4 | *v. NordicNeuroLab AS*, Case No. CV 08-06772 PSG (PLAx). Each side will bear
5 | its own fees and costs.

7 | IT IS SO ORDERED.
8 | Date: September 24, 2009

_____
Honorable Philip S. Gutierrez